## SLOAN v. MILLER BLDG. CORP.

[335 N.C. 169 (1993)]

LANDON W. SLOAN, JR. AND WIFE, PHYLLIS FAY SLOAN v. MILLER BUILD-
ING CORPORATION, AND CARLOS PEREZ, INDIVIDUALLY AND D/B/A PEREZ
PAINTING COMPANY

No. 166PA93

(Filed 5 November 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 109 N.C. App. 489, 428 S.E.2d 292 (1993), affirming entry of summary judgment by Wright, J., in favor of defendant Perez at the 9 September 1991 Civil Session of Superior Court, New Hanover County. Heard in the Supreme Court 13 October 1993.

*Armstrong & Armstrong, P.A., by Emery D. Ashley,* for plaintiff-appellants.

*Crossley McIntosh Prior & Collier, by Sharon J. Stovall,* for defendant-appellee Perez, Individually and d/b/a Perez Painting Company.

PER CURIAM.

After reviewing the record proper and the briefs of the parties and considering the oral arguments of counsel, we conclude that plaintiff-appellants' petition for discretionary review was improvidently allowed.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.